BENJAMIN B. WAGNER
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SERGIO ROMAN BARRIENTOS,<br><br>　　　　　　Defendant. | CASE NO. 2:16-CR-0046 JAM<br><br>[PROPOSED] ORDER TO SEAL<br><br>(UNDER SEAL)<br><br>**SEALED** |

　　　The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney MATTHEW M. YELOVICH to Seal the Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 3-3-2016

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO SEAL INDICTMENT　　　　1