KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for SERGIO ROMAN BARRIENTOS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 16-CR-00046GEB |
|                Plaintiff, | ) |
| | ) STIPULATION AND |
|   v. | ) [~~PROPOSED~~] MODIFICATION TO |
| | ) PROTECTIVE |
| | ) ORDER |
| SERGIO ROMAN BARRIENTOS, | ) |
| | ) |
|                Defendants. | ) |
| _____ | ) Judge: Hon. Edmund F. Brennan |

**STIPULATION**

Upon further discussion and consideration the government and counsel for Mr. Barrientos hereby stipulate to the following modification of the previously issued protective order [Pacer No. 28]. The following modification to item number 3 in the previously issued protective order is proposed:

1. Defense Counsel shall not disclose any of the protected discovery to any person other than their respective client, or attorneys, law clerks, paralegals, secretaries, experts, and investigators, involved in the representation of their

-1-

client. At no time shall the defendant be permitted to review the protected discovery outside of the presence of defense counsel or defense counsel's partners, associates, or employees as designated by defense counsel **except for the discovery related to witness statements, such as transcripts of witness interviews, 302 memorandum or other reports related to witness statements. Defense counsel will ensure that all discovery provided to the defendant within this exception will not contain any person's social security number, phone number or address. Other than those documents that fall under this exception**, defense counsel or her designee shall not leave any of the protected discovery with the defendant at any location.

All other conditions of the protective order are to remain in force and effect.

IT IS SO STIPULATED.

Dated: May 24, 2017						Respectfully submitted,


								/s/ Kelly Babineau
								KELLY BABINEAU
								Attorney for Sergio Roman Barrientos

/////

/////

/////

/////

Dated: May 24, 2017        /s/ Matthew Yelovich
                           Kelly Babineau for:
                           MATTHEW YELOVICH
                           Assistant U.S. Attorney

**O R D E R**

IT IS SO FOUND AND ORDERED this 25th day of May, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE