McGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0046 GEB |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER RE EARLY PRODUCTION OF GRAND JURY TESTIMONY** |
| v. | |
| SERGIO ROMAN BARRIENTOS, | Date: February 6, 2018<br>Time: 9:00 a.m. |
| Defendant. | Judge: Honorable Garland E. Burrell, Jr. |

## **STIPULATION**

The United States, through Assistant United States Attorneys Matthew M. Yelovich and Todd A. Pickles, and the defendant, Sergio Roman Barrientos, through his counsel of record Kelly Babineau, hereby stipulate to the following:

1. This matter is currently set for trial before this Court on February 6, 2018, on the Superseding Indictment.

2. To the extent that any of the witnesses who the United States will call in its case-in-chief have previously testified before the Grand Jury regarding the subject-matter of their testimony, the transcripts of their testimony would fall within the provisions of the Jencks Act, 18 U.S.C. § 3500, *et seq*.

3. In order to facilitate the efficient presentation of evidence by both parties, the parties believe it is in the interests of justice to permit early disclosure of any Grand Jury testimony subject to the Jencks Act.

4. Accordingly, the parties hereby agree that pursuant to Rule 6(e)(3)(E)(1) of the Federal Rules of Criminal Procedure and upon order of the Court, a proposed version of which is attached, the United States shall be permitted to produce to counsel for the defendant a copy of any Grand Jury testimony of any witness that the United States intends to call as a witness in its case-in-chief.

5. The parties further agree and stipulate that any such Grand Jury transcripts produced by the United States shall be used only with respect to the above-captioned criminal trial, and counsel for the defendant shall not disclose or provide copies of such transcripts, or summaries of their contents, to any individuals other than the defendant or any individuals that counsel has retained for the defense in this case. Nothing in this provision limits the ability of counsel to use the transcripts, or portions thereof, in official proceedings before this Court, including trial.

IT IS SO STIPULATED.

Dated: January 5, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Matthew M. Yelovich*
MATTHEW M. YELOVICH
TODD A. PICKLES
Assistant United States Attorneys

Dated: January 5, 2018

*/s/ Kelly Babineau*
KELLY BABINEAU

For Defendant Sergio Roman Barrientos

**ORDER**

This matter came before the Court on the parties' Stipulation for Early Production of Grand Jury Testimony. For the reasons stated in the Stipulation, and for good cause appearing, the Court HEREBY ORDERS THAT, pursuant to Rule 6(e)(3)(E)(1) of the Federal Rules of Criminal Procedure, the United States is permitted to produce to defendant copies of the transcripts of any Grand Jury testimony by any witness the United States presently intends to call as a witness at trial.

IT IS SO ORDERED.

Dated: January 8, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge