McGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO ROMAN BARRIENTOS,<br><br>Defendant. | CASE NO. 2:16-CR-0046 GEB<br><br>**STIPULATION AND PROPOSED ORDER TO VACATE TRIAL DATE, DISMISS MOTIONS IN LIMINE AS MOOT, VACATE MOTIONS HEARING, AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER** |

## STIPULATION

1. On January 12, 2018, defendant entered a guilty plea to Count One in the Superseding Indictment, charging a violation of 18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud Affecting a Financial Institution and Bank Fraud.

2. This matter is still currently set for trial before this Court on February 6, 2018, on the remaining counts in the Superseding Indictment.

3. The parties agree and stipulate, request the Court to find, and jointly move for the following:

    a. First, the parties move to vacate the currently-set trial date of February 6, 2018, dismiss all outstanding motions in limine as moot, and vacate the previously-set

1

motions in limine hearing scheduled for January 26, 2018.

    b. Second, the government moves to set the remaining counts for status at the sentencing of defendant on Count One, set for April 6, 2018.

    c. Third, the parties jointly request that the Court find that the time between the previously-set trial date of February 6, 2018 and the sentencing date of April 6, 2018, be excluded under the Speedy Trial Act based on the need for continuing defense preparation on the remaining counts.  Counsel for defendant has repeatedly cited the need to continue reviewing voluminous discovery in this matter, including discovery that continues to be produced as the government's trial preparation and investigation proceed.  Accordingly, the parties would request that the Court find and order that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 6, 2018 to April 6, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: January 12, 2018                McGREGOR W. SCOTT
                                                    United States Attorney

                                                    */s/ Matthew M. Yelovich*
                                                    MATTHEW M. YELOVICH
                                                    TODD A. PICKLES
                                                    Assistant United States Attorneys

Dated: January 12, 2018

                                                    */s/ Kelly Babineau*
                                                    KELLY BABINEAU

                                                    For Defendant Sergio Roman Barrientos

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 17, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge