UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>SERGIO ROMAN BARRIENTOS,<br><br>        Defendant. | No. 2:16-cr-00046-GEB<br><br>FINDINGS ON OBJECTION TO PRESENTENCE REPORT |

Defendant objects to paragraph 35 in the Presentence Report, ("PSR") arguing his role in the offense is less than what is stated in this paragraph. This objection is overruled based on findings in the PSR and the judicial finding made during the sentencing hearing that the law enforcement interview reports attached as Exhibit A to the United States of America's sentencing memorandum contain sufficient indicia of reliability to support their probable accuracy. See United States v. Vera, 893 F.3d 689, 694 (9th Cir. 2018) (stating "we encourage and appreciate express findings by a district court regarding the reliability of hearsay statements introduced at sentencing.").

A copy of this order shall be appended "to any copy of the presentence report made available to the Bureau of Prisons." Fed. Rule Crim.Proc. 32(i)(3)(C).

Dated: November 2, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge