KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for SERGIO RAMON BARRIENTOS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 16-CR-00046GEB |
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| | ) PRETRIAL RELEASE |
| v. | ) SUPERVISION; |
| | )  FINDINGS AND |
| | ) ORDER |
| SERGIO RAMON BARRIENTOS, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Judge: Hon. Carolyn K. Delaney |

**STIPULATION**

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that the pretrial release conditions be modified to add a condition for counseling.  The following modification is proposed:

1. Add the following condition, which states: You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as

-1-

determined by the pretrial services officer.

All other conditions of pretrial release are to remain in force and effect.

IT IS SO STIPULATED.

Dated: November 16, 2018            Respectfully submitted,


                                    /s/ Kelly Babineau
                                    KELLY BABINEAU
                                    Attorney for Sergio Ramon Barrientos

Dated: November 16, 2018            /s/ Matthew Yelovich
                                    MATTHEW YELOVICH
                                    Assistant U.S. Attorney

Dated: November 16, 2018            /s/ Steven Sheehan
                                    STEVEN SHEEHAN
                                    U.S. Pretrial Release Officer

**O R D E R**

   IT IS SO FOUND AND ORDERED

Dated: November 19, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE