McGREGOR W. SCOTT
United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00046-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| SERGIO ROMAN BARRIENTOS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on November 4, 2020. Docket No. 203. Pursuant to Local Rule, the government's response is due on November 12, 2020, with any reply from the defendant due on November 15, 2020.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. Counsel for the defendant does not oppose the government's request, and requests additional time to draft the reply brief.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before November 25, 2020;

STIPULATION RE BRIEFING SCHEDULE     1

b) The defendant's reply to the government's response to be filed on or before December 4, 2020.

IT IS SO STIPULATED.

Dated:  November 5, 2020          McGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ CHRISTINA McCALL
                                  CHRISTINA McCALL
                                  Assistant United States Attorney


Dated:  November 5, 2020           /s/ GENE VOROBYOV
                                   GENE VOROBYOV
                                   Counsel for Defendant
                                   SERGIO ROMAN BARRIENTOS

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 203, is due on or before November 25, 2020;

b) The defendant's reply to the government's response, if any, is due on December 4, 2020.

IT IS SO FOUND AND ORDERED this 6th day of November, 2020.

Troy L. Nunley
United States District Judge

STIPULATION RE BRIEFING SCHEDULE                 2