UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>          v.<br><br>SERGIO RAMON BARRIENTOS<br><br>                      Defendant. | CASE NO.  2:16-CR-00046-TLN<br><br>**ORDER SEALING DOCUMENTS** |

Pursuant to Local Rule 141(b), and based on the representations contained in Defendant Sergio Ramon Barrientos's Requests to Seal (*See* ECF Nos. 206, 209), IT IS HEREBY ORDERED that Defense counsel's declaration to Defendant's Motion for Compassionate Release (Exhibits A through G) and Defense counsel's supplemental declaration (Exhibits A and B) shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for Defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that sealing these docouments serves a compelling interest.  The Court further finds that, in the absence of closure, the

1 compelling interests identified by Defendant would be harmed.  In light of the public filing of its Notice
2 to Seal, the Court further finds that there are no additional alternatives to sealing these documents that
3 would adequately protect the compelling interests identified by Defendant.
4          IT IS SO ORDERED.
5 DATED:  December 11, 2020

_____
Troy L. Nunley
United States District Judge