IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:16-cr-00046 TLN |
|---|---|---|
| Plaintiff, | ) ) | **O R D E R** |
| vs. | ) ) | **APPOINTING COUNSEL** |
| SERGIO ROMAN BARRIENTOS, | ) ) |  |
| Defendant. | ) ) |  |

The above named Defendant has, under oath, sworn or affirmed as to her financial inability to employ counsel or has otherwise satisfied this Court that she is financially unable to obtain counsel and wishes counsel be appointed to represent him on Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Erin Radekin is appointed to represent the above defendant in this case effective *nunc pro tunc* to February 2, 2024, substituting Gene Vorobyov's appointed per G.O. 595.

This appointment shall remain in effect until further order of this court.

DATED:  4/8/2024

_____
Troy L. Nunley
United States District Judge

-1-