**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 202B
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
SERGIO RAMON BARRIENTOS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, | CASE NO. 2:16-CR-00046-TLN |
| Plaintiff, | |
| v. | **ORDER** |
| **SERGIO RAMON BARRIENTOS**, | |
| Defendant. | |

Pursuant to the stipulation of the parties and good cause having been shown, IT IS HEREBY ORDERED THAT the term of imprisonment of defendant, Sergio Barrientos, remain in service and his release pursuant to the Court's order on November 21, 2024 reducing his sentence to time-served and ordering his release, ECF No. 258, be stayed until he is medically cleared to travel by his treating physicians.

Dated: November 22, 2024

_____
Troy L. Nunley
Chief United States District Judge

1